IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW GOMBERG on behalf of himself and others similarly situated | : : : | CIVIL ACTION<br><br>No. 24-6609 |
| v. | : : | |
| THE TWISTED TAIL, INC. | : | |

### ORDER

AND NOW, this 12th day of March, 2025, it having been reported the issues between the parties in the above action have been settled and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (*see* ECF No. 13), it is hereby ORDERED the above action is DISMISSED with prejudice as to all claims and all causes of action.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.